

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE AMALGAMATED NATIONAL
HEALTH FUND,

        Plaintiff,

        -against-

SPRING MEADOWS EXTENDED CARE FACILITY,
LTD.,

        Defendant.
------------------------------------------------------------X

Civil Action No. 16-cv-4461 (CS)

AFFIDAVIT OF SERVICE

STATE OF OHIO        )
        S.S.:
COUNTY OF LUCAS    )

        MICHELE KRINER, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 20th day of June, 2016, at approximately 12:05 pm, deponent served a true copy of the SUMMON IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE CATHY SEIBEL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE JUDITH C. MCCARTHY, and ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon SPRING MEADOWS EXTENDED CARE FACILITY, LTD. at 1125 Clarion Street, Holland, OH 43528, by personally delivering and leaving the same with LIZBETH COOLEY, who informed deponent that she is an Administrative Assistant and is authorized by appointment to receive service at that address.

        LIZBETH COOLEY is a white female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 180 pounds with brown hair, and wears glasses.

_____
MICHELE KRINER

Sworn to before me this
27 day of June, 2016

_____
NOTARY PUBLIC

VICKIE BELKNAP
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 10-09-2019

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com